No. 05M51. TAYLOR v. INGLES MARKETS, INC.;
No. 05M52. CARROW v. NEVADA;
No. 05M53. PRICE v. PHOENIX HOME LIFE MUTUAL ET AL.;
No. 05M55. WESLEY v. UNITED STATES;

No. 05M56. MEEHAN v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL.;

No. 05M57. COTTON v. UNITED STATES;

No. 05M60. BARKER v. BELLAMY; and

No. 05M61. BELLOMO v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.